BEFORE THE FIRST DIVISION, OCTOBER 11, 1945

No. 50573.—Protests 104534–K, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 11, 1945

No. 50574.—Protests 486128–G, etc., of Edward M. Poons Co. of Kobe, Inc. (New York).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of hats known as harvest hats similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the cited authority, the merchandise was held dutiable as claimed.

No. 50575.—Protests 541371–G, etc., of Heiray Import Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of hats known as harvest hats similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the cited authority, the merchandise was held dutiable as claimed.

No. 50576.—Protests 608430–G, etc., of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J. The record established that certain items of the merchandise consist of hats known as harvest hats similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the cited authority, the merchandise was held dutiable as claimed.

No. 50577.—Protest 751–K of American Straw Goods Co. (New York).

Opinion by TILSON, J. It was agreed in open court that certain items of the merchandise consist of hats made of manila hemp similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and that other items consist of hats or hoods of ramie and cellophane similar to those involved in Abstract 47291. In accordance therewith the merchandise in question was held dutiable at 25 percent under paragraph 1504 (b) (1) as hats or hoods of hemp, ramie, and cellophane, not blocked or trimmed, and not bleached, dyed, colored, or stained.